AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 1 8 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## for the
## Northern District of Illinois

| | |
|---|---|
| Capital Investment Fund I LLC ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:16-cv-02884 |
| Oak Tree Management LLC, et al ) | |
| *Defendant* ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___03/29/2018___.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: ___05/01/2018___

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

CERTIFIED COPY (Rev. 7/2013)

# United States District Court
### Northern District of Illinois
### Eastern Division

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois, do hereby attest and certify that the annexed documents(s) is (are) a full, true, and correct copy of the original(s) on file in my office and in my legal custody.

**IN TESTIMONY WHEREOF:**

I have hereunto subscribed my name and affixed the seal of the foresaid court at Chicago, Illinois, on MAY - 1 2018.

THOMAS G. BRUTON, CLERK

By: *[signature]*
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CAPITAL INVESTMENT FUND I LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 16-cv-02884 |
| v. ) | |
| OAK TREE MANAGEMENT LLC, ) | Hon. William T. Hart |
| and DAVID HARBOUR, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT ORDER

The matter coming to be heard on plaintiff Capital Investment Fund I LLC, Motion for Entry of Default Judgment against David Harbour, due notice having been given and the Court being fully advised in the premises, it is ordered: plaintiff's motion is granted and plaintiff Capital Investment Fund I LLC is awarded judgment against defendant David Harbour in the amount of $752,251.64 in principal and unpaid interest and $89,227.92 in attorneys' fees The Court further finds no just reason for delay of entry of this judgment against defendant David Harbour pursuant to Federal Rule of Civil Procedure 54(b).

Enter:

*[signature]*

Date: March 29, 2018

William T. Hart
United States District Judge