

**KOZACKY WEITZEL MCGRATH P.C.**

55 WEST MONROE STREET· SUITE 2400
CHICAGO, ILLINOIS 60603
T: (312) 696-0900 · F: (312) 696-0905

STEPHANIE PAULY
DIRECT NUMBER: (312) 376-1933

SPAULY@KWMLAWYERS.COM
WWW.KWMLAWYERS.COM

July 2, 2018

**Via US Mail**
United States District Court
District of Arizona
Attn: Clerk of Court
401 W. Washington St. Suite 130
Phoenix, AZ 85003

```
FILED ___ LODGED
✓ RECEIVED ___ COPY
    JUL 0 6 2018
CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____DEPUTY
```

Re: Affidavit in Support of Registration of Judgment in 18-MC-00036

Dear Clerk of the United States District Court:

We recently registered a judgment with the District of Arizona by submitting an A0-451 from the United States District Court for the Northern District of Illinois in the matter of Capital Investment Fund I LLC v. Oak Tree Management LLC et. al., original case number 16-cv-02884. Pursuant to Arizona Revised Statute 12-1703(A) enclosed is the accompanying affidavit containing the last known address of the judgment creditor and the judgment debtor

Please let me know if you have any questions, I can be reached at (312)376-1933 or via email at spauly@kwmlawyers.com. Thank you for your time and attention in this matter.

Sincerely,

Stephanie D. Pauly

enclosures