THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE CIV LR 7.1(c)(1)
(Rule Number/Section)

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 0 6 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

CAPITAL INVESTMENT FUND I LLC,  )
                                )
        Plaintiff,               )
                                )   Case No. 18-MC-00036
    v.                           )
                                )
OAK TREE MANAGEMENT LLC,         )
and DAVID HARBOUR,               )
                                )
        Defendants.              )

### AFFIDAVIT IN SUPPORT OF REGISTRATION OF JUDGMENT

1. I am one of Capital Investment Fund I LLC's (Capital Investment) attorneys in this matter. I filed my appearance in this matter on March 7, 2016. This affidavit is being submitted in support of Capital Investments Registration of Judgment with the Court of the District of Arizona.

2. On March 29, 2018, judgment was entered by United States District Judge William T. Hart for the Northern District of Illinois in the amount of $752,251.64 and $89,227.92 in attorneys' fees against David Harbour in cause no 16-cv-02884.

3. David Harbour' last known address is 10801 E. Happy Valley Road, Unit 20 Scottsdale, AZ 85255.

4. For purposes of this proceeding, Capital Investment Fund I LLC's address is 55 W. Monroe Suite 2400 Chicago, IL 60603.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on July 2, 2018.

/s/ Paul J. Kozacky
Paul J. Kozacky

Paul J. Kozacky
Jessica Fricke Garro
Stephanie Pauly
KOZACKY WEITZEL MCGRATH, P.C.
55 West Monroe Street, Suite 2400
Chicago, Illinois 60603
(312) 696-0900
pkozacky@kwmlawyers.com
jgarro@kwmlawyers.com
spauly@kwmlawyers.com